UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EPOCH PROPERTIES, INC.,**

    **Garnishor,**

v.                                                     Case No:  6:15-cv-700-Orl-41DAB

**GREAT AMERICAN INSURANCE COMPANY,**

    **Garnishee.**
_____/

**ORDER**

THIS CAUSE is before the Court on Garnishor's Motion to Remand (Doc. 30), to which Garnishee responded, (*see* Doc. 32). United States Magistrate Judge David A. Baker submitted a Report and Recommendation (Doc. 39), which recommends that the Motion to Remand be granted and that this case be remanded to state court.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Remand (Doc. 30) is **GRANTED**.

3. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case Number 48-2008-CA-008235-O.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clerk of the Court of the Ninth Judicial Circuit, in and for Orange County, Florida